IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MISTY NUNEZ, *on behalf of*
*Andres Francisco G.*,

    Plaintiff,

v.                                                                               CV No. 24-0838 KG/JHR

MARTIN O'MALLEY,
*Commissioner of Social Security*,

    Defendant.

ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter comes before the Court on Magistrate Judge Jerry H. Ritter's Proposed Findings and Recommended Disposition (PFRD), filed October 22, 2024. (Doc. 6). In the PFRD, Judge Ritter recommended that the Court deny Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2).

.    The parties were notified that written objections to the PFRD were due within fourteen (14) days of the date the PFRD was filed, which was November 5, 2024. *Id.* at 4. No objections were filed, and the deadline for doing so has passed. The recommendation of Judge Ritter is therefore adopted by this Court.

IT IS THEREFORE ORDERED AS FOLLOWS:

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 6) are ADOPTED; and

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2), is DENIED.

_____
UNITED STATES DISTRICT JUDGE