# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**MISTY NUNEZ OBO A.F.G.,**

    **Plaintiff,**

    vs.                                      CIV NO. 1:24-cv-00838-KG-JHR

**LELAND DUDEK,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## **ORDER**

Upon consideration of Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 17), and for good cause appearing, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and REMANDS the case to the Commissioner for further administrative proceedings.[1]

                                                /s/ KENNETH J. GONZALES[2]
                                                CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

[2] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.

SUBMITTED AND APPROVED BY:

*Electronically submitted*
JESSICA MILANO
Special Assistant United States Attorney

*Electronically approved*
EDDY PIERRE PIERRE
Attorney for Plaintiff