IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MISTY NUNEZ OBO A.F.G.,**
    **Plaintiff,**

vs.

                                                        Case No.: 1:24-cv-00838-KG-JHR

**FRANK BISIGNANO,**
  **Commissioner of Social Security,**
    **Defendant.**

## ORDER

Upon consideration of the Stipulated Motion for Award of Attorney Fees Under the Equal Access to Justice Act, the Court finds the Motion (ECF No. 21) and good cause appearing therefore, IT IS HEREBY ORDERED:

    1.      Plaintiff is awarded $7,300.00 in fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 *et seq.* This award is payable to Plaintiff[1] but should be mailed to Plaintiff's attorney. *See Astrue v. Ratliff*, 560 U.S. 586 (2010) (EAJA fees are paid to the prevailing party, not the attorney). Defendant's payment of this amount is without prejudice to the right of Plaintiff's counsel to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

---

[1] The Commissioner recognizes that Plaintiff has assigned her right to EAJA fees and expenses to his attorney. If, after receiving the Court's EAJA order, the Commissioner determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, then the Commissioner will agree to waive the requirements of the Anti-Assignment Act, and the EAJA award will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA award after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

2. Plaintiff is awarded costs in the amount of $405.00, to be paid by the Judgment Fund, not by agency funds, see 28 U.S.C. § 2412(c)(1).

3. In light of the parties' Stipulated Motion (ECF No. 21), Plaintiff's previously filed motion for EAJA fees (ECF No. 20) is denied as moot.

/s/_____
KENNETH J. GONZALES[2]
CHIEF UNITED STATES DISTRICT JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted 9/3/2025*
JESSICA MILANO
Special Assistant United States Attorney
Attorney for Defendant

*Electronically approved 8/26/2025*
Eddy Pierre Pierre
Attorney for Plaintiff

---

[2] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.